THOMAS J. DUNN, Late Sheriff of the County of New York, Respondent, *v.* NATIONAL SURETY COMPANY, Appellant.

*Dunn* v. *National Surety Co.,* 80 App. Div. 605, affirmed.
(Argued February 15, 1904; decided March 4, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March

16, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles E. Hughes* and *Arthur C. Rounds* for appellant.

*Philip J. Britt* for respondent.

Judgment affirmed, with costs; no opinion. ·

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN and WERNER, JJ. Dissenting: GRAY and CULLEN, JJ.